UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

SEP 15 '25 PM1:41
RCV'D - USDC FLO SC

FLORENCE DIVISION

Kyle Jordan Smith

1937 W Palmetto St, Ste 212

Florence, SC 29501

Phone: (571) 766-8708

Email: smithkyle914@gmail.com / dravosainte@gmail.com

Plaintiff,

v.

Super Ego Holdings, LLC, d/b/a Super Ego and Affiliates

[Address – to be determined]

and

MHC Kenworth and Affiliates

[Address – to be determined]

Defendants.

Civil Action No.: _____

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

## INTRODUCTION

1. Plaintiff Kyle Jordan Smith ("Plaintiff") brings this action against Defendants Super Ego Holdings, LLC, doing business as Super Ego and all affiliated entities ("Super Ego"), and MHC Kenworth and all affiliated entities ("MHC"), for misconduct relating to Plaintiff's lease, trailer, property, and vehicle repairs.

2. This case arises under federal and state law, including bailment law, breach of contract, breach of warranty, negligence, and unfair trade practices.

---

## PARTIES

3. Plaintiff Kyle Jordan Smith is an individual residing in South Carolina and conducting business through Mary Lois Charities, 2950 E North St Apt 600L, Greenville, SC 29615.

4. Defendant Super Ego Holdings, LLC is a trucking company with affiliates doing business in South Carolina and across state lines.

5. Defendant MHC Kenworth is a truck dealership and service company with affiliates operating in South Carolina and nationwide.

---

JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. §1332 (diversity jurisdiction) because the amount in controversy exceeds $75,000 and the parties are citizens of different states.

7. Venue is proper in this District under 28 U.S.C. §1391 because the events giving rise to the claims occurred in South Carolina and Defendants conduct substantial business in this District.

---

FACTUAL ALLEGATIONS

8. Plaintiff entered into a lease arrangement with Super Ego for a semi-truck and trailer, relying on representations made by Super Ego regarding use, repairs, and management of equipment.

9. Plaintiff's trailer and personal property were parked and relocated without disclosure to Plaintiff, and despite repeated requests, Defendants refused to provide the location.

10. Super Ego failed to maintain transparent and fair dealings, forcing Plaintiff into business conditions that risked financial harm, including potential violations of hours-of-service rules.

11. MHC Kenworth failed to perform proper warranty repairs on Plaintiff's truck, leaving the equipment in unsafe or nonfunctional condition despite warranty obligations.

12. Defendants' conduct deprived Plaintiff of access to his trailer, belongings, and equipment, causing severe financial and personal loss.

13. Defendants acted willfully, maliciously, and in bad faith, justifying both compensatory and punitive damages.

---

CLAIMS FOR RELIEF

Count I – Bailment (Against All Defendants)

14. Plaintiff delivered property (trailer and belongings) to Defendants under bailment.

15. Defendants wrongfully withheld or failed to safeguard the property, breaching their duty.

Count II – Breach of Contract (Against Super Ego)

16. Super Ego failed to uphold its lease obligations and denied Plaintiff use of property.

Count III – Breach of Warranty (Against MHC Kenworth)

17. MHC failed to perform proper warranty repairs as required under federal and state law.

Count IV – Negligence (Against All Defendants)

18. Defendants acted negligently by failing to exercise reasonable care in safeguarding property and performing repairs.

Count V – Unfair and Deceptive Trade Practices (Against All Defendants)

19. Defendants engaged in unfair, deceptive, and bad-faith practices, harming Plaintiff financially and operationally.

---

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. Enter judgment in Plaintiff's favor against all Defendants;

b. Award compensatory damages in the amount of $1,000,000 or as proven at trial;

c. Award punitive damages for willful misconduct;

d. Issue injunctive relief requiring immediate disclosure of Plaintiff's trailer and property location;

e. Prohibit Defendants from moving, selling, or tampering with Plaintiff's property;

f. Require MHC Kenworth to perform proper warranty repairs at Plaintiff's chosen dealer;

g. Award costs and such other relief as this Court deems just and proper.

---

JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this 11th day of September, 2025.

/s/ Kyle Jordan Smith

Plaintiff, Pro Se

1937 W Palmetto St, Ste 212

Florence, SC 29501

Phone: (571) 766-8708

Email: smithkyle914@gmail.com / dravosainte@gmail.com