SUPPLEMENT TO COMPLAINT

---

I.    Jurisdiction and Venue

This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000 and the parties are citizens of different states. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in this District, and Defendants conduct substantial business here.

---

II.    Additional Cause of Action – Conversion

Defendants wrongfully exercised control over Plaintiff's trailer, truck, and personal property, depriving Plaintiff of their use and enjoyment. This constitutes conversion under South Carolina law, entitling Plaintiff to compensatory and punitive damages.

---

III.    Affirmation of Treble Damages Under SCUTPA

Plaintiff's claims include violations of the South Carolina Unfair Trade Practices Act (S.C. Code Ann. § 39-5-10 et seq.). Pursuant to S.C. Code Ann. § 39-5-140, Plaintiff is entitled to recover actual damages, which this Court may treble (triple) upon a finding that Defendants' conduct was willful or knowing, as well as attorney's fees and costs.

---

IV.     Exhibit List (Placeholder)

Exhibit A – Lease/Contract with Super Ego

Exhibit B – VIN reservation confirmation email

Exhibit C – Text messages/emails showing refusal to disclose trailer location

Exhibit D – MHC Kenworth repair and warranty paperwork

Exhibit E – Reserved for future exhibits to be identified during discovery

---

V.     Jury Demand (Reaffirmation)

Plaintiff hereby reaffirms and demands trial by jury on all issues so triable.

---

VI.     Reservation of Rights

Plaintiff reserves the right to amend this Complaint to assert additional claims and damages if further misconduct by Defendants is revealed during discovery.

A Brief Summary of The Exhibits

Multiple txt messages & pictures

Because of Limited Finances/I'm Hand writing this

It's LEAD with The Early Morning 06-16-25 The Day Prior The Truck was Released from MHC Kenworth Tulsa, OK unit 8668 Shut Down at The legal 75 mph Road Speed Fully loaded Gross weight close to 80K pounds, Roughly 75-76 K; I called Super ESG Breakdown multiple Times over 10 times and can provide Call logs During true case. They Finally Answered, Troubleshooting System Checks Every time Then was told a tow would arrive, Battery Died on the side of a Dark highway multiple tow Trucks 24/7 near by Either →

To sleep on the side of the highway until morning over 6 hrs very busy highway pitch black two lanes multiple trucks passing by. UHC before the release told me they Received a email that paccar give them Authorizat. to override the code that almost cost me my life, the steering wheel locked up and because I'm a seasoned veteran I knew not to make sudden moves or the truck could flip, I let it coast then slightly turned the wheel the furthest it will go before I was safely on the side of the road; however I still wasn't out of Harms way. Please consider these exhibits with out labels as this is my first ever civil federal case I ever filed and Im Doing it pro se.