



https://youtu.be/tBErVk1N8AM?si=
TPIQw5JWwEBRjiQ2

please try doing this as this driver, it
might help moving the truck for now

let us know what hap... ↓ ...d



IMG_20250914_222652.jpg























**Love's**

Love's Tireshop
2486 US Hwy-82 W New Boston, TX 75570

JPRO ® DIAGNOSTIC REPORT

Connection Date: June 16, 2025 2:13 PM
Print Date: June 16, 2025 2:13 PM

| VIN | 1XKYDP9X6PJ238668 |
| Vehicle Make | Kenworth |
| Model | T680 |
| Series | |
| Model Year | 2023 |

**Vehicle Components**

| Component | Description | Serial Number | Software Version | Network |
|---|---|---|---|---|
| Engine | PACCAR MX 13 EPA 21 | Y290940 | _B2_B1504_217H_B217H-10082_ NA191 MY2023 EPA21 CMPNENT 37 CMPNENT 38 2418880 | J1939 (High)/15765 (CAN) |
| Transmission | PACCAR TX-12 | Z0256701 | 2399316 274.26.0 2149627 E003.e002 2390052 427.2 5538105 6 8888884 0.0 | J1939 (High) |
| Cab Controller - Primary | PACCAR Body Controller | N/A | N/A | J1939 (High) |



# JPRO ® DIAGNOSTIC REPORT

**Love's**

Love's Tireshop
2486 US Hwy-82 W New Boston, TX 75570

Connection Date: June 16, 2025 2:13 PM
Print Date: June 16, 2025 2:13 PM

## Vehicle Key Data Points

| Description | Parameter Value | Description | Parameter Value |
|---|---|---|---|
| Avg Fuel Econ | 6.70 mpg | Idle Fuel Used | 3,633.00 gal |
| Battery Potential | 12.70 volts | DPF Soot Level | High |
| Total Idle Hrs | 7,028.20 hrs | DPF Derate | High |
| Idle Shutdown | Not Available | Total Engine Run Time | 13,979.70 hrs |
| Road Speed Limit | 75.00 mph | Cruise Spd Limit | Not Available |
| PTO Status | Off/Disabled | Malfunction Indicator Lamp | On |
| Red Stop Lamp | Off | Amber Warning Lamp | On |
| Protect Lamp | Off | Parking Brake Switch | On |
| Engine Speed | 0 rpm | DPF Lamp Command | Fast Flash |
| Exhaust System High Temperature Lamp Command | Off | ABS Control Status | Not Available |
| ABS Control Status, Trailer | Off | Odometer | 393,841.97 mi |
| Engine Odometer | 393,841.97 mi | Instrument Cluster Odometer | Not Available |
| Fuel | 99% | Coolant | Normal |
| Diesel Exhaust Fluid | 99% | | |

## Vehicle Issues

- 11 Active Fault(s) Present
- DPF Regen Inhibited
- DPF Regen Needed

## Faults

| Status | Component | Description | Lookup Code | FMI | Count |
|---|---|---|---|---|---|
| Active | MX 13 EPA 21 | EGR control - Malfunction detected | P1515 | N/A | 1 |
| Active | MX 13 EPA 21 | Engine protection system - Protection mode Active | P1496 | N/A | 1 |
| Active | MX 13 EPA 21 | Injector solenoid valve cylinder 1 - Communication error | P3281 | N/A | 1 |
| Active | MX 13 EPA 21 | Injector solenoid valve cylinder 5 - Communication error | P3285 | N/A | 1 |
| Active | MX 13 EPA 21 | Injector solenoid valve cylinder 3 - Communication error | P3283 | N/A | 1 |

2/3



## JPRO ® DIAGNOSTIC REPORT

Love's Tireshop
2486 US Hwy-82 W New Boston, TX 75570

Connection Date: June 16, 2025 2:13 PM
Print Date: June 16, 2025 2:13 PM

| Status | Engine | Description | Code | | |
|---|---|---|---|---|---|
| Active | MX 13 EPA 21 | Injector solenoid valve cylinder 6 - Communication error | P3286 | N/A | 1 |
| Active | MX 13 EPA 21 | Injector solenoid valve cylinder 2 - Communication error | P3282 | N/A | 1 |
| Active | MX 13 EPA 21 | Injector solenoid valve cylinder 4 - Communication error | P3284 | N/A | 1 |
| Active | MX 13 EPA 21 | Fuel shut-off valve - Not responding or out of adjustment | P3835 | N/A | N/A |
| Active | MX 13 EPA 21 | Diesel Particulate Filter (DPF) - Soot level Severe | P3798 | N/A | 1 |
| Active | MX 13 EPA 21 | Engine protection system - Power derate active | P1106 | N/A | 1 |
| Inactive | TX-12 | Battery Voltage 1 - Data valid but below normal operational range - Most severe level (Flash Code 100) | SPN 168 | 1 | 1 |
| Inactive | MX 13 EPA 21 | Fuel pressure - Data valid but too low moderately severe | P1087 | N/A | 1 |
| Inactive | MX 13 EPA 21 | Fuel pressure - Data valid but too low Most severe | P0087 | N/A | 14 |
| Inactive | MX 13 EPA 21 | Coolant level - Data valid but too low moderately severe | P1560 | N/A | 3 |
| Inactive | MX 13 EPA 21 | Coolant level - Data valid but too low most severe | P2560 | N/A | 1 |
| Inactive | MX 13 EPA 21 | Diesel Particulate Filter (DPF) - Soot level Moderately severe | P3797 | N/A | 1 |
| Inactive | MX 13 EPA 21 | PCI-2 ECU - Internal error | P30E9 | N/A | 1 |
| Inactive | MX 13 EPA 21 | PCI-2 ECU - Internal error | P30D4 | N/A | 1 |
| Inactive | MX 13 EPA 21 | Common rail fuel pressure - Data valid but too low Moderately severe | P00BA | N/A | 1 |
| Inactive | MX 13 EPA 21 | Common rail fuel pressure - Data valid but too low Due to low supply pressure | P128A | N/A | 1 |



Tractor/Other- Diagnostics- Forced Regen requested: TH.\\MKEITH4\\2...

| DESCRIPTION | MECHANIC | UOM | QUANTITY | LIST PRICE | PROD... | | EXTENSION |
|---|---|---|---|---|---|---|---|
| | | | | | 0.00 | 142.99 | |
| ENGINE REGEN | Tim Hughes | EA | 1.00 | 142.99 | | | 142.99 |

Shop Supplies

| | |
|---|---|
| Parts | 7.15 |
| Labor | 0.00 |
| Tires | 142.99 |
| Fees | 0.00 |
| Customer Discount* | 7.15 |
| | 0.00 |
| Site Discount | 0.00 |
| Tax | 0.49 |
| **Total** | **150.63** |

* Customer Discount may include coupons, MLR rewards, and applicable discounts

Company DOT : 2903977

SERVICE COMMENTS: COMPLAINT: Truck came in shop in Protect Mode; Company requests to Regen truck: TH\\JJAMES2\\06/16/2025\\14:57¨ CAUSE: J-Pro shows EGR malfunction; communication error in all injectors; protect mode; and engine derated; TH\\JJAMES2\\06/16/2025\\15:00¨ CORRECTION: Contacted Mechanical Support; Hotline stated that we cannot regen or work on truck with these codes present; recommend taking truck to dealer for further diagnostics and repairs: TH\\JJAMES2\\06/16/2025\\15:02¨

*************************************This is an Estimate*********

Driver Signature :







# Truck 8668 Confirmation ➤ Inbox

**Mason Smith** Jun 26
to me, Alex ⌄

From   Mason Smith • mason@eurofreightservices.com

To   smithkyle914@gmail.com
Alex Daniels • alexdaniels@rocketexpediting.com

Date   Jun 26, 2025, 10:34 AM

🔒   Standard encryption (TLS).
View security details

Truck 8668 with VIN: 1XKYDP9X6PJ238668

This truck will not be assigned to anybody else while it's in the shop. As soon as it's out the shop and in good shape, it will be reserved for you.



Screenshot_20250914_221712_Messages.jpg













































