UNITED STATES DISTRICT COURT

SEP 18 '25 PM5:06
RCV'D - USDC FLO SC

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

Kyle Jordan Smith, Plaintiff

v.

Super Ego Holdings, Inc., MHC Kenworth, and all affiliated entities, Defendants

Civil Action No.: [to be assigned]

---

## PLAINTIFF'S SUPPLEMENT TO COMPLAINT AND MOTION FOR TEMPORARY RESTRAINING ORDER

### INTRODUCTION

Plaintiff respectfully submits this supplement and motion seeking immediate relief in the form of a Temporary Restraining Order ("TRO") to preserve the status quo, prevent irreparable harm, and ensure fair proceedings. Defendants have engaged in retaliatory and unlawful practices, including attempted repossession without notice, discriminatory treatment, and withholding of essential resources needed for Plaintiff's livelihood and safety.

---

GROUNDS FOR RELIEF

1. Exclusive Possession of Equipment

Plaintiff requests an order granting him exclusive possession of the subject truck and trailer during the pendency of this case. Defendants shall be restrained from repossessing, disabling, relocating, or otherwise interfering with said equipment.

2. No Unauthorized Deductions

Defendants shall be restrained from making any deductions, offsets, or charges from Plaintiff's settlements, accounts, or fuel advances until further order of the Court.

3. Preservation of Evidence

Defendants and their agents, including Southern Pride/24/7 Chris Towing, shall preserve all records and communications regarding attempted recovery of Plaintiff's truck and trailer, including but not limited to:

Body camera footage from local law enforcement present at the attempted repossession on September 16, 2025, between 4:00 AM and 8:00 AM, on federal grounds in Florence, SC.

Surveillance footage from Love's Truck Stop near the weigh scales and repair shop where Plaintiff's trailer was last parked.

4. Damages and Audit

Plaintiff seeks an immediate accounting and restitution of:

$100,000 representing lost discounts on fuel, improper deductions, and repair charges Defendants refused to audit when requested.

$8,000 for legal preparation expenses, research, printing, and related costs.

Ongoing housing expenses while trial is pending, as Plaintiff is often forced to live in his truck due to Defendants' predatory practices.

Compensation for food, showers ($18 each), and laundry expenses incurred as a result of Defendants' conduct.

5. Operational Fairness

Pending litigation, Plaintiff requests:

Fuel card reinstatement and weekly per diem settlements sufficient to cover living and operating costs.

Authority to book loads independently or via a dedicated route through Amazon or CH Robinson.

Right to choose any mechanic or dealership for repairs, with Defendants covering all costs.

Right to designate his own dispatch personnel. Plaintiff nominates Marina [Last Name Unknown], a Sacramento, CA–based dispatcher with prior industry experience, to serve as dispatch exclusively for Plaintiff's entity. Plaintiff further requests that Defendants cover

relocation expenses, housing, and salary matching her prior six-figure earnings, with added benefits.

6. Security and Safety

Defendants shall provide and pay for installation of cameras and security systems to ensure the safety of Plaintiff and his equipment.

7. Witness Protection Consideration

Due to threats, racial slurs, and harassment, Plaintiff requests consideration for protective measures, including but not limited to entry into protective programs for himself and immediate family, as the Court deems appropriate.

---

LEGAL BASIS

Plaintiff satisfies the four factors for TRO relief:

Likelihood of Success: Defendants' breaches of bailment duties, contract violations, discrimination, and fraudulent charges create a strong case on the merits.

Irreparable Harm: Loss of equipment, livelihood, and safety cannot be compensated by money alone.

Balance of Equities: Defendants suffer no legitimate harm by preserving the status quo, while Plaintiff risks financial ruin and personal danger.

Public Interest: Enforcing fair treatment and preventing discriminatory or retaliatory repossession practices serve the public good.

---

RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

1. Issue a Temporary Restraining Order granting Plaintiff exclusive possession of the subject truck and trailer.

2. Prohibit Defendants from making any deductions, charges, or offsets against Plaintiff's accounts.

3. Order preservation of all bodycam and surveillance evidence related to attempted repossessions.

4. Direct Defendants to restore Plaintiff's operational capabilities, including fuel cards, dispatch independence, and fair settlements.

5. Require Defendants to cover Plaintiff's housing, living, and security expenses during litigation.

6. Grant additional relief as the Court deems just and proper, including consideration of protective measures.

---

Respectfully submitted,

Kyle Jordan Smith

1937 W Palmetto St, Ste 212

Florence, SC 29501

(571) 766-8708

Smithkyle914@gmail.com / dravosainte@gmail.com

Date: September 18, 2025

Hey man can you give me a call when available

Mon, 3:49 PM

Whats going on ?

Can't talk on phone

I can text

Mon, 3:50 PM

I just wanted to check when do you think you will be good to start rolling

Mon, 3:50 PM

Handling a legal matter , I ask for resolution on that matter

Mon, 3:52 PM



1517 North Dee Road
Park Ridge, IL 60068

## LETTER OF AUTHORIZATION
## & HOLD HARMLESS

This letter dated this **15th day of September 2025** is to authorize our lessee's driver to recover the following equipment whenever and wherever it may be found:

| Unit | Year | Make | VIN | License Plate | State |
|------|------|------|-----|---------------|-------|
| 5385 | 2023 | VOLVO | 4V4NC9EJ4SN695385 | P1282214 | IL |
|  |  |  |  |  |  |

By signing this letter, I, **Ego Express Inc** as owner acknowledge and understand that that the authorized entity/individual will access and operate the vehicle solely for the purpose of retrieval. I take full responsibility for any damages or incidents that may occur during the retrieval process. **Therefore, I hereby release, discharge, indemnify, and agree to hold the authorized entity/individual harmless from any resulting losses or damages.**

Furthermore, I understand and agree that this letter of authorization and hold harmless shall remain in effect until the completion of the specified activity, or until otherwise terminated in writing by either party.

**The following entity/individual is authorized to act as my representative and make any decisions related to the vehicle retrieval, including presenting necessary documents or fulfilling any requirements requested by relevant authorities or entities:**

| **Southern Pride** |
|---|

Signed this **15th day of September 2025.**

Aleksandar Mimic-president

State Of Illinois:
County of Cook:

The above party, personally known to me, did set his hand and seal to the foregoing document this **15th day of September 2025,** at Park Ridge, Illinois.

_____(SEAL)

Notary Public
My Commission Expires:

My lease is active your begging me to run illegally

The windshield is broken

Because this is federal any attempts to tow this unit 5385 will be considered tampering with evidence

Mon, 4:21 PM

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

Kyle Jordan Smith.
Plaintiff,

v.

Super Ego Holdings, LLC, and Affiliates
And
MHC Kenworth, Inc., and Affiliates,
Defendants.

Civil Action No. _____

[PROPOSED] TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Upon consideration of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Court finds that Plaintiff has demonstrated: (1) a likelihood of success on the merits; (2) irreparable harm absent relief; (3) that the balance of equities favors

Broken windshield and other issues

Change from home time to shop status thanks

Mon, 3:57 PM

federal case for what?

Mon, 3:58 PM

its not in shop status because you are sitting at home, truck is not at the shop

Mon, 3:59 PM

you havent taken a load for more than a week, we need to start rolling at some point

Mon, 4:01 PM

?

Mon, 4:07 PM



1517 North Dee Road
Park Ridge, IL  60068

## LETTER OF AUTHORIZATION
## & HOLD HARMLESS

This letter dated this **15th day of September 2025** is to authorize our lessee's driver to recover the following equipment whenever and wherever it may be found:

| Unit | Year | Make | VIN | License Plate | State |
|------|------|------|-----|---------------|-------|
| 5385 | 2023 | VOLVO | 4V4NC9EJ4SN695385 | P1282214 | IL |
| | | | | | |

By signing this letter, I, **Ego Express Inc** as owner acknowledge and understand that that the authorized entity/individual will access and operate the vehicle solely for the purpose of retrieval. I take full responsibility for any damages or incidents that may occur during the retrieval process. **Therefore, I hereby release, discharge, indemnify, and agree to hold the authorized entity/individual harmless from any resulting losses or damages.**

Furthermore, I understand and agree that this letter of authorization and hold harmless shall remain in effect until the completion of the specified activity, or until otherwise terminated in writing by either party.

**The following entity/individual is authorized to act as my representative and make any decisions related to the vehicle retrieval, including presenting necessary documents or fulfilling any requirements requested by relevant authorities or entities:**

| Southern Pride |
|---|

Signed this **15th day of September 2025.**

Aleksandar Mimic-president

State Of Illinois:
County of Cook:

The above party, personally known to me, did set his hand and seal to the foregoing document this **15th day of September 2025,** at Park Ridge, Illinois.

_____(SEAL)

Notary Public
My Commission Expires: